# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIRANDA DOLORIS MICHAEL,** | : | Civil No. 3:16-CV-00658 |
| Plaintiff, | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **NANCY A. BERRYHILL,**[1] **Acting Commissioner of Social Security,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 3d day of January, 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Clerk shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security; and,

2. The Clerk of Court shall **CLOSE** this case.

*s/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. §405(g), Acting Commissioner Nancy A. Berryhill is automatically substituted as the named Defendant in place of the former Commissioner of Social Security.